UNITED STATES DISTRCIT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

JUDGE: Susan D. Wigenton                                    Date: January 24, 2018

COURT REPORTER: Joanne Sekella

TITLE OF CASE:                                              Docket # 17-12179

EMERIC GERVAL v. NIURKA GONZALEZ

**Appearances:**

NONE

NATURE OF PROCEEDING:  **SHOW CAUSE HEARING**

At call for hearing on Petitioner's Motions for OTSC [Dkt. Entry #s 9 and 10];
Parties failed to appear.
Ordered motions **DISMISSED;**
Order to be signed.

| | |
|---|---|
| Time commenced: | 11:34 a.m. |
| Time adjourned: | 11:39 a.m. |
| Total Time: | 5 mins. |

Cc: Chambers                                         *Carmen D. Soto*
                                                     Deputy Clerk