**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERIC GERVAL,<br>　　　　　Petitioner<br><br>v.<br><br>NIURKA GONZALEZ,<br><br>　　　　　Respondent. | Case No. 2:17-cv-12179 (SDW) (LDW)<br><br>**ORDER**<br><br>January 24, 2018 |

**WIGENTON,** District Judge.

This matter, having come before the Court on Petitioner Emeric Gerval's Motion for an Order to Show Cause (ECF. Nos. 1, 10); and this Court, having considered Petitioner's submissions and having scheduled a hearing on January 24, 2018; and Petitioner having failed to appear at the hearing, and for reasons set forth on the record at the hearing,

**IT IS** on this **24th** day of **January, 2018**,

**ORDERED** that the Order to Show Cause (ECF No. 11) be **DISMISSED** for lack of prosecution; and it is further

**ORDERED** that this matter is closed.

　　　　　　　　　　　　　　　　　　　　　s/ *Susan D. Wigenton*　　　　　　　
　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Orig:　　　Clerk of the Court
cc:　　　　Parties
　　　　　　File