IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

In the Matter of C.G.

Emeric Gerval,

    Petitioner,

v.

Niurka Gonzalez,

    Respondent.

Case No. 17-cv-12179(SDW)(LDW)

**ORDER**

**THIS MATTER** having been brought before the District Court on Motion by Robert D. Arenstein, attorney for Petitioner, Emeric Gerval, for an Order vacating a previous Order dismissing Petitioner's Petition for lack of prosecution and reinstating Petitioner's Petition against Respondent, Niurka Gonzalez, and the Court having considered the matter for good cause showing;

IT IS on this 9th day of February, 2018,

**ORDERED, ADJUDGED AND DECREED** that the prior Order dated January 24, 2018, dismissing Petitioner's Petition and Order to Show Cause for lack of prosecution, is hereby vacated; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Petition filed on behalf of Petitioner, Emeric Gerval, be and hereby is restored.

_____
Susan D. Wigenton, U.S.D.J.

*A Hearing shall take place on Petitioner's initial application for custody on Wed., FEB. 21, 2018 @ 11:00 AM in Courtroom 5C. Appearances are mandatory.*