*LAW OFFICES OF*
# ROBERT D. ARENSTEIN
691 Cedar Lane, Teaneck, New Jersey 07666
(201) 836-9648
Fax: (212) 370-5822

ROBERT D. ARENSTEIN
MEMBER OF N.Y., N.J., FLA., AND D.C. BARS

NEW YORK OFFICE
295 Madison Ave, 16th Fl
New York, New York 10017
(212) 679-3999

February 13, 2018

The Honorable Susan D. Wigenton:
Martin Luther King Building and U.S. Courthouse
50 Walnut Street   – Room 4015ime
Newark, New Jersey 07102

GERVAL vs GONZALEZ
Civil Action No. 17-12179cv

Dear Judge Wigenton:

Your order of February 9, 2018 Document 15 sets a date of February 21, 2018 on Petitioner's Application for **Custody.** The Petition is an application for Return under the Hague Convention on Civil Aspects of International Child Abduction. This is not a custody case.

I respectfully ask the Court to adjourn the date to the hearing to a date in the Middle of March as I would need to get my client here from France and I am scheduled to attend a meeting of the International Academy of Family Lawyers, American Chapter form February 20 to February 25, 2018 in Savannah Georgia. I am on the Board of Governors of this organization and a Delegate to The American Chapter

I would appreciate your consideration in this request.

Respectfully yours,

Robert D. Arenstein