*LAW OFFICES OF*
# ROBERT D. ARENSTEIN
691 Cedar Lane, Teaneck, New Jersey 07666
(201) 836-9648
Fax: (212) 370-5822

ROBERT D. ARENSTEIN
MEMBER OF N.Y., N.J., FLA., AND D.C. BARS

NEW YORK OFFICE
295 Madison Ave, 16th Fl
New York, New York 10017
(212) 679-3999

February 16, 2018

The Honorable Susan D. Wigenton:
Martin Luther King Building and U.S. Courthouse
50 Walnut Street   – Room 4015
Newark, New Jersey 07102

GERVAL vs GONZALEZ
Civil Action No. 17cv12179

Dear Judge Wigenton

My client is requesting a French interpreter and the ability for a video appearance for him to appear before the court. I will appear before the court on Wednesday February 21, 2018 at 11 AM. My client is unable to personally appear at that time as he is in France and can not arrive for that date.

We ask the court for permission to arrange for video testimony on that date or any other date that the court is requesting my clients personal appearance.

I thank you for your courtesy in this matter.

Respectfully yours,

Robert D. Arenstein