UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                                              DATE: February 21, 2018

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                                                              Docket#  17-CV-12179

EMERIC GERVAL v. NIURKA GONZALEZ

**APPEARANCES:**
Robert D. Arenstein, Esq. for Petitioner
Richard Min, Esq. (Pro Hac) for Petitoner
Niurka Gonzalez, *Pro Se* Respondent

NATURE OF PROCEEDING:  **CASE MANAGEMENT CONFERENCE**

Conference held;
Court to appoint counsel on behalf of minor child;
Hearing to be continued at later date.

Time Commenced:  11:05 a.m.
Time Adjourned:    11:20 a.m.
Total time:   15 mins.

Cc: Chambers                                                                          Carmen D. Soto
                                                                                                    Deputy Clerk