IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| In the Matter of C.G. )<br>)<br>Emeric Gerval, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>Niurkas Gonzalez, )<br>)<br>    Respondent. )<br>) | Case No. 17-cv-12179<br><br>**CERTIFICATION** |

Richard Min, of full age, being duly sworn according to law, upon his oath hereby deposes and states:

1. I am a Partner in the law firm of Camhi & Min LLC and my practice is entirely devoted to Family Law.

2. My contact information is as follows: Camhi & Min LLC, 420 Lexington Avenue, Suite 300, New York, NY 10170, (212) 297-6114 (tel.), (212) 479-2521 (fax); rmin@cmlawny.com.

3. The Petitioner, Emeric Gerval, is pursuing this case under the 1980 Hague Convention on the Civil Aspects of International Child Abduction. The Petitioner is the left- behind parent in this case and is located in France.

4. My practice includes a focus on handling Hague Abduction Convention cases in various jurisdictions in the United States of America and I am accustomed to working with left-behind parents located abroad.

5. I am a member in good standing in the bar of the courts of the State of New York where I was admitted in 2008. I am also a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York, where I was admitted in 2011 and 2012,

respectively. I am also a member in good standing of the Second Circuit and Ninth Circuit Courts of Appeal, where I was admitted in 2014 and 2016, respectively.

6. I am not under suspension or disbarment by any court, there are no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

7. I am ineligible for admission to the bar of this Court under L.Civ.R. 101.1(b) because I am not licensed to practice in the State of New Jersey.

8. I understand that if this Court grants the motion to appear *pro hac vice*, I must make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a). I understand that this payment shall be made for any year in which I continue to represent a client in a matter pending in this Court, and that a copy of the order shall be forwarded by the Clerk to the Treasurer of the Fund.

9. I understand that if this Court grants the motion to appear *pro hac vice*, I must make a payment of $150.00 to this Court, payable to the Clerk, USDC.

10. I understand that, an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify his or her specially admitted associate of their receipt. I further understand that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. I further understand that a lawyer admitted *pro hac vice* is deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

11. I understand that a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that this Court enter an Order for Richard Min, Esq. to appear *pro hac vice* before this Court on behalf of Petitioner, Emeric Gerval, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Richard Min, Esq.

Dated: February 21, 2018

*Richard Min*
Richard Min
Camhi & Min LLC
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 297-6114