IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

In the Matter of C.G.                :

Emeric Gerval                        :        Civil Action No. 17-cv-12179

                                     :              ( SDW ) ( LDW )

              Plaintiff(s),          :

                                     :                ORDER ADMITTING
         v.                          :        Richard Min
Niurka Gonzalez                      :        _____ , ESQ.

                                     :              *PRO HAC VICE*

              Defendant(s).          :

                                     :

_____            :

This matter having been brought before the Court by
Robert D. Arenstein
_____ , Esq., counsel for  Petitioner
                                            _____ , on

application for an Order allowing  Richard Min
                                   _____ ,

Esq., to appear and participate *pro hac vice* [Docket Entry No.

18, 21, 23 ]; and the Court having considered the moving papers; and

this matter being considered pursuant to FED. R. CIV. P. 78, and

for good cause shown;

IT IS on this  6th  day of  March , 20 18

ORDERED that  Richard Min , Esq., a member in good

standing of the Bar of the State(s) of  New York ,

be permitted to appear *pro hac vice* in the above-captioned matter

pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed

with the Court shall be signed by a member or associate of the

law firm of  Robert D. Arenstein , attorneys of

record for  Petitioner , who is admitted to the Bar

\* and Respondent having expressed her non-opposition to
this motion during the 02/21/2018 case management
conference, at which she appeared pro se;

of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Richard Min _____, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

ORDERED that Richard Min _____, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Richard Min _____, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Richard Min _____, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that <u>Robert D. Arenstein</u>, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

*Leda Dunn Wettre*

UNITED STATES MAGISTRATE JUDGE

The Clerk's Office is directed to terminate ECF Nos. 21 and 23.