

| | |
|---|---|
| | 119 Cherry Hill Road, Suite 120, Parsippany, NJ 07054 |
| | (973) 520-8822       (973) 520-8811 |

*Offices: Bedminster • Cranford • Freehold • Hackensack • Mount Laurel • Parsippany*

March 9, 2018

<u>*Via E-File Only*</u>
The Honorable Susan D. Wigenton
Martin Luther King Building and U.S. Courthosue
50 Walnut Street, Toom 4015
Newark, New Jersey 07102

      Re:   *Gonzalez, Niurka v. Gerval, Emeric*
              *Case No. 17cv-12179*

Dear Judge Wigenton:

     Please be advised that I have been retained to represent the Defendant, Niurka Gonzalez in connection with the above referenced matter. Prior to retaining my firm, Defendant filed a pro se Motion for Pro Bono Counsel pursuant to 28 U.S.C. §1915(e)(1). Defendant hereby withdraws said Motion as she is now represented by Counsel and no longer wishes to pursue an application for Pro Bono appointment.

     Thank you for your attention to this matter.

                                       Very truly yours,
                                       **WEINBERGER DIVORCE &**
                                       **FAMILY LAW GROUP, LLC**

                                       ____Kristy Lipari /s/_____
                                       Kristy Lipari (KL3196)
                                       WEINBERGER DIVORCE AND
                                       FAMILY LAW GROUP, LLC
                                     Attorneys for Defendant, Niurka Gonzalez
                                     119 Cherry Hill Road, Suite 120
                                     Parsippany, New Jersey 07054
                                     (973) 520-8822

cc. Robert Arenstein
    Niurka Gonzalez

---

| | | | |
|---|---|---|---|
| Kourtney Borchers, Esq. ⓟ | Matthew G. Gerber, Esq. | Laura M. Mendonca, Esq. | Rick Schneider, Esq. ⓝⓠ |
| Erin B. Brueche, Esq. ⓠⓝ | Allison E. Holzman, Esq. ⓝⓠⓒ | Nickolas C. Mourtos, Esq. | Jessica Ragno Sprague, Esq. ⓝ |
| Dianna C. Cavaliere, Esq. ⓠⓟ | Robyn N. Howlett, Esq. ⓒⓝ | Veronica Norgaard, Esq. ⓝ | Raquel Vallejo, Esq. ⓒ |
| LaDonna M. Cousins, Esq. ⓟ | Lyan Hummell, Esq. | Carmela L. Novi, Esq. ⓠⓠⓠ | Jennifer D. Varga, Esq. ⓒ |
| Janet B. Coven, Esq. ⓠⓠⓒ | Marquis D. Jones, Jr., Esq. ⓠⓝⓒⓠⓠ | Stephanie O'Neill, Esq. ⓝ | Bari Z. Weinberger, Esq. ⓠⓠⓒ |
| Alison M. Dunn, Esq. ⓠⓝⓟⓒ | Kristy Lipari, Esq. | Rachel E. Partyka, Esq. ⓟ | |
| Michael J. Evans, Esq. | Heather K. Martin, Esq. ⓠⓒ | Ryan D. Russell, Esq. | |

● CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY     Ⓝ ALSO ADMITTED IN NEW YORK
Ⓟ OF COUNSEL     Ⓒ ALSO ADMITTED IN CONNECTICUT
Ⓠ QUALIFIED FAMILY LAW MEDIATOR     Ⓓ ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
Ⓒ COLLABORATIVE LAW ATTORNEY     Ⓟ ALSO ADMITTED IN PENNSYLVANIA