DISTRICT COURT
JERSEY
RECEIVED

2018 MAR -6  P 3: 13

Clerk
United States District Court
Newark, New Jersey, 07102

To Whom It May Concern:

The following is my address so it can be entered into my docket in case any documents need to be sent to me.

## 10 Harbor Terrace, Apt 5D, Perth Amboy, NJ 08861

If you may have any questions, I can be reached at niurca18@gmail.com or 732-770-1793.

Best Regards,

Niurka Gonzalez

Niurka Gonzalez
10-50 Harbor Terrace
Perth Amboy, NJ. 08861

Clerk
United States District Court
Newark, New Jersey, 07102

2018 MAR -6 P 3:14

RECEIVED
DISTRICT COURT
DISTRICT OF NEW JERSEY