UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Michelle Salemme, <br><br> Plaintiff, <br> v. <br><br> Ford Motor Credit Company, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 2:17-cv-01739-KM-JBC |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Michelle Salemme

/s/ Sofia Balile

سofia Balile, Esq.
NJ Bar No. 01093
LEMBERG LAW
43 Danbury Road, 3rd Floor
Wilton, CT 06897
(203) 653-2250
Attorney for Plaintiff

Ford Motor Credit Company, LLC

/s/ Francis X. Nolan, IV

Francis X. Nolan, IV
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
(212) 389-5000
Attorney for Defendant

SO ORDERED   3/14/2018

Kevin McNulty
U.S. District Judge