*LAW OFFICES OF*

# ROBERT D. ARENSTEIN

691 Cedar Lane, Teaneck, New Jersey 07666
(201) 836-9648
Fax: (212) 370-5822

ROBERT D. ARENSTEIN
MEMBER OF N.Y., N.J., FLA., AND D.C. BARS

NEW YORK OFFICE
295 Madison Ave, 16th Fl
New York, New York 10017
(212) 679-3999

March 29, 2018

The Honorable Susan D. Wigenton:
Martin Luther King Building and U.S. Courthouse
50 Walnut Street – Room 4015
Newark, New Jersey 07102

  Re: ***Gerval v. Gonzalez***
     <u>Case No. 17-cv-12179</u>

Dear Judge Wigenton:

  It has come to my attention, as of yesterday, that my client has had prior communications with Ms. Patricia Apy, the appointed Law Guardian in this matter, and has disclosed confidential and privileged information regarding his case. On or around May 17, 2017, Petitioner engaged in email correspondence with a paralegal associated with Ms. Apy's firm concerning this matter. Again, on or around October 19, 2017, Petitioner emailed Ms. Apy directly concerning this matter and sent her numerous documents for her review. As a result of these communications, there may be a substantial conflict regarding Ms. Apy's role as Law Guardian.

  I have spoken with Ms. Apy about whether she should continue on in her role as Law Guardian in this matter. She suggested that we have a conference call with the Court before she submits a report in this case so that this issue may first be resolved. I would appreciate the

opportunity to discuss this issue with the Court and Ms. Apy on a conference call, but do not believe it appropriate to discuss it in the presence of Respondent's counsel.

Please let me know if the Court would be open to a conference call as suggested above. Further, I respectfully request that the Law Guardian's report not be submitted until this issue can be resolved. Thank you for your consideration in this matter.

Respectfully yours,

Robert D. Arenstein