UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of C.G.<br><br>EMERIC GERVAL,<br><br>Petitioner,<br><br>v.<br><br>NIURKA GONZALEZ,<br><br>Defendant. | Civil Action No.<br><br>17-12179 (SDW) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the application of petitioner Emeric Gerval to disqualify Patricia E. Apy, Esq., from acting in her role as the appointed Law Guardian for the minor child C.G. in this matter (ECF No. 35), and the Court having held a telephone conference on April 5, 2018, and for good cause shown,

**IT IS** on this day, April 5, 2018:

**ORDERED** that the application to disqualify Ms. Apy will be adjudicated pursuant to the regular motion schedule in this District, with a return date of **May 7, 2018**. The Court will consider a certification from Ms. Apy describing the facts relevant to Petitioner's asserted bases for disqualification under New Jersey Rule of Professional Conduct 1.18 as a sufficient response to Petitioner's motion.

_/s/ Leda D. Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge