UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of C.G.<br><br>EMERIC GERVAL,<br><br>           Petitioner,<br><br>v.<br><br>NIURKA GONZALEZ,<br><br>           Defendant. | Civil Action No.<br><br>17-12179 (SDW) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a telephone conference held before the undersigned on June 27, 2018; and further to the Order of the Honorable Susan D. Wigenton, U.S.D.J. appointing Patricia E. Apy as Law Guardian for the minor child C.G. (ECF No. 30); and for good cause shown,

**IT IS** on this day, June 28, 2018, **ORDERED** that:

1. The Law Guardian shall file any responsive pleadings she intends to file to the Petitioner's Amended Petition and Verified Complaint on or before **July 16, 2018**.

2. Petitioner and Respondent shall submit any reply papers to the Law Guardian's pleadings on or before **July 26, 2018**.

3. Counsel shall advise the undersigned by **July 31, 2018** of their clients' availability for a settlement conference.

*/s/ Leda D. Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge