*LAW OFFICES OF*

# ROBERT D. ARENSTEIN

691 Cedar Lane, Teaneck, New Jersey 07666
(201) 836-9648
Fax: (212) 370-5822

ROBERT D. ARENSTEIN  
MEMBER OF N.Y., N.J., FLA., AND D.C. BARS

NEW YORK OFFICE  
295 Madison Ave, 16th Fl  
New York, New York 10017  
(212) 679-3999

August 16, 2018

**Honorable Judge Wettre**
**Martin Luther King Bldg and US Courthouse**
**50 Walnut St**
**Newark, NJ 07101**

**Re: _Gerval v Gonzalez__**

**Dear Judge Wettre:**

**Docket #: 17-cv-12179**

**After the conference call that we had today I noticed that the date we set for September17 is not available for me.**

**I am going to be with my family celebrating the Holidays and also have been apprised that a hearing is also set for September 24 in France on this matter. Therefore I would appreciate it if the Court would reschedule the date for a time after October 10th. I am willing to initiate another conference call for the Court. We need to pick a date with him on the phone.**

**Additionally, my associate Rich Min , who was admitted Pro Hac Vice on this matter with me, is not available on that date as well.**

**I would appreciate the Court allowing us to pick another date after October 10th.**

**Thank you for your courtesies,**

                                              **Respectfully yours,**

                                              _____**S/**_____
                                              **Robert D. Arenstein, Esq.**

**CC:**
**Patricia Apy Esq.**
**Kristy Lipari, Esq.**