*LAW OFFICES OF*
# ROBERT D. ARENSTEIN
691 Cedar Lane, Teaneck, New Jersey 07666
(201) 836-9648
Fax: (212) 370-5822

ROBERT D. ARENSTEIN
MEMBER OF N.Y., N.J., FLA., AND D.C. BARS

NEW YORK OFFICE
295 Madison Ave, 16th Fl
New York, New York 10017
(212) 679-3999

**August 16, 2018**

Honorable Judge Wettre
Martin Luther King Bldg and US Courthouse
50 Walnut St
Newark, NJ 07101

Re:   Gerval v Gonzalez

Dear Judge Wettre:

Docket #: 17-cv-12179

After the conference call that we had today I noticed that the date we set for September17 is not available for me.

I am going to be with my family celebrating the Holidays and also have been apprised that a hearing is also set for September 24 in France on this matter. Therefore I would appreciate it if the Court would reschedule the date for a time after October 10th. I am willing to initiate another conference call for the Court. We need to pick a date with him on the phone.

Additionally, my associate Rich Min , who was admitted Pro Hac Vice on this matter with me, is not available on that date as well.

I would appreciate the Court allowing us to pick another date after October 10th.

Thank you for your courtesies,

Respectfully yours,

*Robert D. Arenstein*

Robert D. Arenstein, Esq.

CC:
Patricia Apy Esq.
Kristy Lipari, Esq.

The settlement conference is rescheduled to October 12, 2018, at 11 a.m. Mr. Arenstein shall arrange for his client to participate by video-conference with the Court.

**So Ordered**
this 20th day of August 2018

Leda D. Wettre, USMJ