# PARAS, APY & REISS

*21 Years of Professionalism*

*A Professional Corporation for the Practice of Family Law*

BONNIE M.S. REISS o +
PATRICIA E. APY *
PETER C. PARAS o

MICHAEL J. FLERES ◊
ELISSA A. PERKINS

o Fellow, American Academy of Matrimonial Lawyers
* Fellow, International Academy of Family Lawyers
+ Supreme Court of New Jersey Approved Mediator
◊ Certified by the Supreme Court of New Jersey as a Matrimonial Law Attorney

THE GALLERIA
2 BRIDGE AVE., SUITE 601
RED BANK, NJ 07701
TELEPHONE (732) 219-9000
FACSIMILE (732) 219-9020
EMAIL familylaw@parasapyreiss.com
WEBSITE www.par-law.com

PARALEGALS:
AMY BROZA
ANN POWELL
SUSAN N. RHONHEIMER

December 11, 2018

Hon. Leda Dunn Wettre
United States Magistrate Judge
District of New Jersey Newark
MLK Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

>   RE:   Gerval v. Gonzales
>         Case No. 2:17-cv-12179-SDW-LDW

Dear Judge Wettre:

I am in receipt of correspondence filed by Mr. Arenstein on behalf of his client, after hours on December 10, 2018, advancing in writing his position. We last appeared by telephone on November 13, 2018. As a result of that conference, your order required counsel confer and submit joint correspondence, in response to the Petitioner's verbal objections to the proposed filing of an application for summary disposition made by the Law Guardian. After our phone conference, the date of December 12, 2018 was ordered for submission of a joint letter.

It was further established in our phone conference that counsel for the Petitioning Father would submit his objections in writing, and the Law Guardian and Respondent's counsel would thereafter include their positions in response to those objections.

Between the filing of this Court's order, and December 10, 2018, nearly a month passed and counsel for the Petitioner did not provide his position in writing, nor did he attempt to contact the Law Guardian or Counsel for the Respondent, Ms. Lipari, before filing this correspondence. Ms. Lapari communicated with Petitioner's counsel, Mr. Arenstein, by email when no proposed position was forthcoming, who only informed her to expect the correspondence including his position to be circulated by today, December 11, 2018. I have been copied on an email by Mr. Arenstein indicating that he did not recall the requirement to submit a joint letter.

# PARAS, APY & REISS

Hon. Leda Dunn Wettre
December 11, 2018
Page 2

In light of Mr. Arenstein's unilateral correspondence, I do not believe 24 hours will provide adequate time to do so by December 12th deadline, and would respectfully request that our time for response be briefly extended for one week requiring our response on or before December 19, 2018.

Respectfully,

Patricia E. Apy

PEA/
cc: Honorable Susan D. Wigenton
    Robert Arenstein, Esq.
    Richard Min, Esq.
    Kristi Lipari, Esq.

**So Ordered**
this 12th day of Dec. 2018
Leda D. Wettre, USMJ