# PARAS, APY & REISS

*21 Years of Professionalism*

## A Professional Corporation for the Practice of Family Law

BONNIE M.S. REISS o +
PATRICIA E. APY *
PETER C. PARAS o

MICHAEL J. FLERES ◊
ELISSA A. PERKINS

o *Fellow, American Academy of Matrimonial Lawyers*
* *Fellow, International Academy of Family Lawyers*
+ *Supreme Court of New Jersey Approved Mediator*
◊ *Certified by the Supreme Court of New Jersey as a Matrimonial Law Attorney*

THE GALLERIA
2 BRIDGE AVE., SUITE 601
RED BANK, NJ 07701
TELEPHONE (732) 219-9000
FACSIMILE (732) 219-9020
EMAIL familylaw@parasapyreiss.com
WEBSITE www.par-law.com

PARALEGALS:
AMY BROZA
ANN POWELL
SUSAN N. RHONHEIMER

January 11, 2019

Hon. Leda Dunn Wettre
United States Magistrate Judge
District of New Jersey Newark
MLK Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

RE:   Gerval v. Gonzales
        Case No. 2:17-cv-12179-SDW-LDW

Dear Judge Wettre:

Please be advised that we respectfully requesting additional time of one week, from January 25, 2019 until February 1, 2019, in which to file our application summary disposition, in the above captioned matter.

Our request is made due to our office being flooded just before Christmas, and our inability to use it, until Tuesday of this week. As indicated to your staff, we advised all parties – Mr. Arenstein, Mr. Min and Ms. Lipari – of our request via email. Chystal Ulrich, Esq., from Ms. Lipari's office, indicated their consent. I have not received a reply from Mr. Arenstein. I know that Mr. Min is currently I trial, and although we have not received a response in the above captioned case, he had consented to a similar request we made to the Court in a pending matter in the Southern District of New York

Thank you for your attention to this matter.

Respectfully,

Patricia E. Apy

PEA/ab
cc:   Honorable Susan D. Wigenton
        Robert Arenstein, Esq.
        Richard Min, Esq.
        Kristi Lipari, Esq.
Crystal Ulrich, Esq.