UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of C.G., | : | Case No. 17-cv-12179-SDW-LDW |
| Emeric Gerval | : | **ORDER** |
| Petitioner, | : | **FOR SUMMARY JUDGMENT** |
| v. | : | |
| Niurka Gonzalez, | : | |
| Respondent | : | |

**THIS MATTER** having been opened to the Court by Patricia E. Apy, Esq. Law Guardian for the minor child, C.G., in the within matter, upon application for entry of an order as follows:

1. Dismissing the Petition of Emeric Gerval, Petitioner herein; or in the alternative for Summary Disposition.

2. For such further relief as the Court deems equitable and just.

_____
SUSAN D. WIGENTON, U.S.D.J.