UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of C.G., | Case No. 17-cv-12179-SDW-LDW |
| Emeric Gerval<br>    Petitioner,<br>v.<br>Niurka Gonzalez,<br>    Respondent | **CERTIFICATION**<br>**OF SERVICE** |

Amy Broza, of full age hereby certifies as follows:

1. I am the paralegal to Patricia E. Apy, Esq., Law Guardian of the minor child, G.C. in the within matter.

2. On February 1, 2019, I caused to be filed electronically the following documents on behalf of Patricia E. Apy, Esquire, Law Guardian for the minor child, C.G., in the within matter, pursuant to the Federal Rules of Civil Procedure using the CM/ECF System for filing:

   a. Notice of Motion for Summary Judgment;

   b. Brief in Support of Law Guardian's Motion for Summary Disposition.

3. On February 1, 2019, confirmation of electronic service as stated above was received from the Court. (**EXHIBIT "A"**).:

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                       _____
                       AMY BROZA

DATED: February 5, 2019

## Amy Broza

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Friday, February 1, 2019 6:03 PM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 2:17-cv-12179-SDW-LDW GERVAL v. GONZALEZ Motion for Summary Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered by APY, PATRICIA on 2/1/2019 at 6:02 PM EST and filed on 2/1/2019
**Case Name:** GERVAL v. GONZALEZ
**Case Number:** 2:17-cv-12179-SDW-LDW
**Filer:** C.G.
**Document Number:** 63

**Docket Text:**
**MOTION for Summary Judgment by C.G.. (Attachments: # (1) Brief Brief in support of Notice of Motion for Summary Judgment)(APY, PATRICIA)**

**2:17-cv-12179-SDW-LDW Notice has been electronically mailed to:**

KRISTY LIPARI    kristy@wlg.com, kristy.lipari@gmail.com

PATRICIA E. APY    papy@parasapyreiss.com, abroza@parasapyreiss.com

ROBERT D. ARENSTEIN    arensteinlaw@aol.com, bobvtny@aol.com

**2:17-cv-12179-SDW-LDW Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/1/2019] [FileNumber=12167031-0

1

] [7f5ebcd7584a3804ca6adfb473f27aedc0d52e9b0c051a6f48e8d8b2c3d3bef8d10
606db831eb557fee0147fc9a38a64462411b53896df3f42035ea650a7981b]]

**Document description:** Brief Brief in support of Notice of Motion for Summary Judgment
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/1/2019] [FileNumber=12167031-1
] [22ae9aa4020370a1509b7a4e307a13fd823596a71163b85218ef98bfa00fab0cff0
35aed54cbc8ea9f96014c6ef5379a1ad8708fda6a1feb3843c1fd053e1d5f]]