*LAW OFFICES OF*
## ROBERT D. ARENSTEIN
691 Cedar Lane, Teaneck, New Jersey 07666
(201) 836-9648
Fax: (212) 370-5822

ROBERT D. ARENSTEIN
MEMBER OF N.Y., N.J., FLA., AND D.C. BARS

NEW YORK OFFICE
295 Madison Ave, 16th Fl
New York, New York 10017
(212) 679-3999

February 5, 2019

Honorable Susan D. Wigenton
Martin Luther King Bldg and US Courthouse
50 Walnut St
Newark, NJ 07101

**Re: Gerval vs Gonzalez**                    Docket #: 17-cv-12179

**Dear Judge Wigenton:**

    I am scheduled to out of the country from February 11, 2019 to February 28, 2019 and respectfully ask that the return motion scheduled by clerk be adjourned to a day after March 11, 2019 so I can properly respond to motion papers.

    I am attending the meeting of the International Academy of Family Lawyers in Melbourne, Australia and as I am on board of Governors of that organization.

**Thank you for your consideration,**

Respectfully submitted,

Robert D. Arenstein

*[Handwritten: OK. So Ordered this 6th day of Feb 2019. Susan D. Wigenton, U.S.D.J. New Return Date: March 18, 2019]*