

**Weinberger Divorce & Family Law Group**

119 Cherry Hill Road, Suite 120, Parsippany, NJ 07054
(973) 520-8822     (973) 520-8811

*Offices: Bedminster • Cranford • Freehold • Hackensack • Mount Laurel • Parsippany*

May 2, 2019

<u>*Via CM/ECF*</u>
Honorable Susan D. Wigenton, U.S.M.J.
United States District Court of New Jersey
United States District Court
Martin Luther King Building
50 Walnut Street, 5C
Newark, NJ 07102

   Re: *Gonzalez, Niurka v. Gerval, Emeric*
     *Case No. 2:17-cv-12179-SDW-LDW*

Dear Honorable Wigenton:

  This firm represents Niurka Gonzalez in the above-referenced matter. Ms. Gonzalez was previously represented by Kristy Lipari until she took an unexpected medical leave in or around January of this year and was scheduled to return in April. Ms. Lipari advised the firm this week that she will not be returning. Accordingly, I am respectfully requesting an adjournment of the May 7, 2019 evidentiary hearing in this matter so that I have adequate time to get up to speed on the case. My adversary Robert D. Arenstein, along with the law guardian, Patricia E. Apy both consent to this request.

  We are attempting to coordinate a conference call between counsel to determine available dates for the rescheduling to propose to the Court. However, my first priority was to ascertain whether the adjournment request would be granted.

  I thank the Court for any courtesies that can be extended in this regard and await further direction.

**So Ordered**
this 3rd day of May 2019
Susan D. Wigenton, U.S.D.J.

Respectfully submitted,
Weinberger Divorce & Family Law Group, LLC

By: _____
  CRYSTAL M. ULLRICH, ESQ.

cc: Robert D. Arenstein, Esq. (via email)
  Patricia E. Apy, Esq. (via email)

---

| | | | |
|---|---|---|---|
| Kourtney Borchers, Esq. ⓞ | Matthew G. Gerber, Esq. | Laura M. Mendonca, Esq.ⓞ | Richard A. Outhwaite, Esq. ⓐ |
| Erin B. Brueche, Esq.ⓞⓒ | Allison E. Holzman, Esq. ⓐⓑⓒ | Nickolas C. Mourtos, Esq. | Jessica Ragno Sprague, Esq.ⓞ |
| Dianna C. Cavaliere, Esq.ⓞⓓⓒ | Robyn N. Howlett, Esq. ⓞⓒⓑ | Veronica R. Norgaard, Esq. ⓞⓐ | Raquel Vallejo, Esq.ⓞ |
| George J. Chehanske, Esq. ⓐ | Marquis D. Jones, Jr., Esq.ⓞⓐⓑⓒⓓ | Carmela L. Novi, Esq.ⓞⓑⓐ | Jennifer D. Varga, Esq.ⓞⓒ |
| Janet B. Coven, Esq.ⓞⓐⓒ | Daniel R. Kraft, Esq.ⓐ | Stephanie O'Neill, Esq. ⓐ | Crystal M. Ullrich, Esq. |
| Alison M. Dunn, Esq.ⓞⓐⓒ | Heather K. Martin, Esq.ⓐⓒ | Rachel E. Partyka, Esq. ⓞⓒ | Bari Z. Weinberger, Esq.ⓞⓐⓒ |
| Mara L. Dooskin, Esq. ⓞ | Samantha K. Massenzio, Esq.ⓐ | Ryan D. Russell, Esq. | |

ⓞ CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY
ⓑ OF COUNSEL
ⓐ QUALIFIED FAMILY LAW MEDIATOR
ⓒ COLLABORATIVE LAW ATTORNEY

ⓐ ALSO ADMITTED IN NEW YORK
ⓒ ALSO ADMITTED IN CONNECTICUT
ⓑ ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
ⓓ ALSO ADMITTED IN PENNSYLVANIA