

**Weinberger Divorce & Family Law Group**

119 Cherry Hill Road, Suite 120, Parsippany, NJ 07054
(973) 520-8822    (973) 520-8811

Offices: Bedminster • Cranford • Freehold • Hackensack • Mount Laurel • Parsippany

May 10, 2019

*Via CM/ECF*
Honorable Susan D. Wigenton, U.S.M.J.
United States District Court of New Jersey
United States District Court
Martin Luther King Building
50 Walnut Street, 5C
Newark, NJ 07102

      Re:   *Gonzalez, Niurka v. Gerval, Emeric*
              *Case No. 2:17-cv-12179-SDW-LDW*

Dear Honorable Wigenton:

    This firm represents Niurka Gonzalez in the above-referenced matter. At this time, Ms. Gonzalez has terminated the firm's representation. Further, she has advised that she cannot afford to retain new counsel to execute a Substitution of Attorney. Accordingly, we are respectfully requesting a conference call with Your Honor to determine whether an application will be required to relieve this firm of its representation of Ms. Gonzalez or if we are permitted to file a Substitution of Attorney for Ms. Gonzalez to proceed self-represented.

    Given the attempts to reschedule the evidentiary hearing in this matter, we respectfully request that a call be scheduled at Your Honor's earliest convenience.

    I thank Your Honor for any courtesies extended in this regard.

                                    Respectfully submitted,
                                    **Weinberger Divorce & Family Law Group, LLC**

                                    By:_____
                                          CRYSTAL M. ULLRICH, ESQ.

cc:   Robert D. Arenstein, Esq. (via email)
       Patricia E. Apy, Esq. (via email)
       Niurka Gonzalez (via email)

---

| | | | |
|---|---|---|---|
| Kourtney Borchers, Esq. [P] | Matthew G. Gerber, Esq. | Laura M. Mendonca, Esq.[*] | Richard A. Outhwaite, Esq. [*] |
| Erin B. Brueche, Esq.[*][N] | Allison E. Holzman, Esq. [N][*][✓] | Nickolas C. Mourtos, Esq. | Jessica Ragno Sprague, Esq.[*] |
| Dianna C. Cavaliere, Esq.[*][N][✓] | Robyn N. Howlett, Esq. [*][✓][N] | Veronica R. Norgaard, Esq. [*][N] | Raquel Vallejo, Esq.[Q] |
| George J. Chehanske, Esq. [*] | Marquis D. Jones, Jr., Esq.[*][N][C][P][✓] | Carmela L. Novi, Esq.[*][N][✓] | Jennifer D. Varga, Esq.[*][✓] |
| Janet B. Coven, Esq.[P][*][✓] | Daniel R. Kraft, Esq.[*] | Stephanie O'Neill, Esq. [N] | Crystal M. Ullrich, Esq. |
| Alison M. Dunn, Esq.[*][N][✓] | Heather K. Martin, Esq.[*][✓] | Rachel E. Partyka, Esq. [*][P] | Bari Z. Weinberger, Esq.[*][N][✓] |
| Mara L. Dooskin, Esq. [N] | Samantha K. Massenzio, Esq.[N] | Ryan D. Russell, Esq. | |

[*] CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY
[O] OF COUNSEL
[Q] QUALIFIED FAMILY LAW MEDIATOR
[✓] COLLABORATIVE LAW ATTORNEY

[N] ALSO ADMITTED IN NEW YORK
[C] ALSO ADMITTED IN CONNECTICUT
[D] ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
[P] ALSO ADMITTED IN PENNSYLVANIA