

**Weinberger Divorce & Family Law Group**

20 Commerce Drive, Suite 135, Cranford, New Jersey 07016
908-845-5000     908-276-4080

Offices: Bedminster • Cranford • Freehold • Hackensack • Mount Laurel • Parsippany

May 22, 2019

<u>*Via CM/ECF*</u>
Honorable Susan D. Wigenton, U.S.M.J.
United States District Court of New Jersey
United States District Court
Martin Luther King Building
50 Walnut Street, 5C
Newark, NJ 07102

      Re:    *Gonzalez, Niurka v. Gerval, Emeric*
             *Case No. 2:17-cv-12179-SDW-LDW*

Dear Honorable Wigenton:

    This firm represents Niurka Gonzalez in the above-referenced matter. Following the conference call with the Honorable Magistrate Judge Leda D. Wettre, Ms. Gonzalez has confirmed her willingness to proceed with this firm's representation despite that Ms. Lipari will not be returning from medical leave.

    As such, the conference scheduled for May 30, 2019 can be removed from the Court's calendar.

                              Respectfully submitted,
                              **Weinberger Divorce & Family Law Group, LLC**

                              By:_____
                                  CRYSTAL M. ULLRICH, ESQ.

cc:    Robert D. Arenstein, Esq. (via email)
       Patricia E. Apy, Esq. (via email)
       Niurka Gonzalez (via email)

---

| | | | |
|---|---|---|---|
| Kourtney Borchers, Esq. [P] | Matthew G. Gerber, Esq. | Laura M. Mendonca, Esq.[*] | Richard A. Outhwaite, Esq. [*] |
| Erin B. Brueche, Esq.[*][N] | Allison E. Holzman, Esq. [N][*][C] | Nickolas C. Mourtos, Esq. | Jessica Ragno Sprague, Esq.[*] |
| Dianna C. Cavaliere, Esq.[*][N][*] | Robyn N. Howlett, Esq. [*][C][N] | Veronica R. Norgaard, Esq. [*][N] | Raquel Vallejo, Esq.[D] |
| George J. Chehanske, Esq. [*] | Marquis D. Jones, Jr., Esq.[*][N][C][P][*] | Carmela L. Novi, Esq.[*][N][*] | Jennifer D. Varga, Esq.[*][C] |
| Janet B. Coven, Esq.[P][*][C] | Daniel R. Kraft, Esq.[*] | Stephanie O'Neill, Esq. [N] | Crystal M. Ullrich, Esq. |
| Alison M. Dunn, Esq.[*][N][C] | Heather K. Martin, Esq.[*][C] | Rachel E. Partyka, Esq. [*][P] | Bari Z. Weinberger, Esq.[*][*][C] |
| Mara L. Dooskin, Esq. [N] | Samantha K. Massenzio, Esq.[N] | Ryan D. Russell, Esq. | |

[*] CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY
[*] OF COUNSEL
[*] QUALIFIED FAMILY LAW MEDIATOR
[C] COLLABORATIVE LAW ATTORNEY

[N] ALSO ADMITTED IN NEW YORK
[C] ALSO ADMITTED IN CONNECTICUT
[D] ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
[P] ALSO ADMITTED IN PENNSYLVANIA