*LAW OFFICES OF*
# ROBERT D. ARENSTEIN
691 Cedar Lane, Teaneck, New Jersey 07666
(201) 836-9648
Fax: (212) 370-5822

ROBERT D. ARENSTEIN
MEMBER OF N.Y., N.J., FLA., AND D.C. BARS

NEW YORK OFFICE
295 Madison Ave, 16th Fl
New York, New York 10017
(212) 679-3999

May 28, 2019

**Honorable Susan D. Wigenton**
**Martin Luther King Bldg and US Courthouse**
**50 Walnut St**
**Newark, NJ 07101**

**Re: Gerval vs Gonzalez**                    Docket #: 17-cv-12179

Dear Judge Wigenton:

I am asking the Court if June 19th, 2019 is good for the court for Hearing which was originally scheduled for May 7, 2019. It is fine for all Counsel involved..

Thank you for your consideration,

Robert D. Arenstein, Esq.

Respectfully submitted,

_____
Robert D. Arenstein