

**Weinberger Divorce & Family Law Group**

20 Commerce Drive, Suite 135, Cranford, New Jersey 07016
908-845-5000     908-276-4080

May 22, 2019

*Via CM/ECF*
Honorable Susan D. Wigenton, U.S.M.J.
United States District Court of New Jersey
United States District Court
Martin Luther King Building
50 Walnut Street, 5C
Newark, NJ 07102

Re:   *Gonzalez, Niurka v. Gerval, Emeric*
      *Case No. 2:17-cv-12179-SDW-LDW*

Dear Honorable Wigenton:

This firm represents Niurka Gonzalez in the above-referenced matter. Following the conference call with the Honorable Magistrate Judge Leda D. Wettre, Ms. Gonzalez has confirmed her willingness to proceed with this firm's representation despite that Ms. Lipari will not be returning from medical leave.

As such, the conference scheduled for May 30, 2019 can be removed from the Court's calendar.

Respectfully submitted,
Weinberger Divorce & Family Law Group, LLC

By: _____
      CRYSTAL M. ULLRICH, ESQ.

cc:   Robert D. Arenstein, Esq. (via email)
      Patricia E. Apy, Esq. (via email)
      Niurka Gonzalez (via email)

*Handwritten order:* Based on this representation, and with the consent of Ms. Ullrich, Ms. Gonzalez's motion for appointment of pro bono counsel at ECF 76 is accordingly terminated as moot. SO ORDERED. 5/30/19
Leda D. Wettre, USMJ

---

Kourtney Borchers, Esq.
Erin B. Brueche, Esq.
Dianna C. Cavaliere, Esq.
George J. Chehanske, Esq.
Janet B. Coven, Esq.
Alison M. Dunn, Esq.
Mara L. Dooskin, Esq.

Matthew G. Gerber, Esq.
Allison E. Holzman, Esq.
Robyn N. Howlett, Esq.
Marquis D. Jones, Jr., Esq.
Daniel R. Kraft, Esq.
Heather K. Martin, Esq.
Samantha K. Massenzio, Esq.

Laura M. Mendonca, Esq.
Nickolas C. Mourtos, Esq.
Veronica R. Norgaard, Esq.
Carmela L. Novi, Esq.
Stephanie O'Neill, Esq.
Rachel E. Partyka, Esq.
Ryan D. Russell, Esq.

Richard A. Outhwaite, Esq.
Jessica Ragno Sprague, Esq.
Raquel Vallejo, Esq.
Jennifer D. Varga, Esq.
Crystal M. Ullrich, Esq.
Bari Z. Weinberger, Esq.

CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY
OF COUNSEL
QUALIFIED FAMILY LAW MEDIATOR
COLLABORATIVE LAW ATTORNEY

ALSO ADMITTED IN NEW YORK
ALSO ADMITTED IN CONNECTICUT
ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
ALSO ADMITTED IN PENNSYLVANIA