**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In The Matter of C.G. | Case No.: 17CV-12179 |
| EMERIC GERVAL, | Honorable Susan D. Wigenton |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| NIURKA GONZALEZ, | |
| Defendant | |

Crystal Ullrich, Esquire, of the law firm of Weinberger Divorce & Family Law Group, L.L.C., hereby enters an appearance in the above matter on behalf of the Defendant, Niurka Gonzalez.

                                        WEINBERGER DIVORCE & FAMILYLAW
                                        GROUP, L.L.C.
                                        Attorneys for Defendant, Niurka Gonzalez

Dated:                              By: _____Crystal Ullrich /s/_____
                                        CRYSTAL ULLRICH, ESQ. #067012013
                                        **WEINBERGER DIVORCE AND**
                                        **FAMILY LAW GROUP, L.L.C.**
                                        20 Commerce Drive, Suite 135
                                        Cranford, New Jersey 07016
                                        Telephone: (908) 845-5000
                                        Telefax: (908) 276-4080
                                        *Attorneys for Defendant, Niurka Gonzalez*