

**Weinberger Divorce & Family Law Group**

20 Commerce Drive, Suite 135, Cranford, New Jersey 07016
908-845-5000          908-276-4080
Offices: Bedminster • Cranford • Freehold • Hackensack • Mount Laurel • Parsippany

June 25, 2019

*Via CM/ECF*
Honorable Susan D. Wigenton, U.S.M.J.
United States District Court of New Jersey
United States District Court
Martin Luther King Building
50 Walnut Street, 5C
Newark, NJ 07102

Re: *Gonzalez, Niurka v. Gerval, Emeric*
Case No. 2:17-cv-12179-SDW-LDW

Dear Honorable Wigenton:

This firm represents Niurka Gonzalez in the above-referenced matter. After preparation with Ms. Gonzalez for the upcoming trial scheduled Monday, July 1, 2019, it has become apparent that she would benefit from the assistance of a Spanish interpreter. Accordingly, please accept this correspondence to formerly request one for Monday's trial. Should anything further need to be done by my office to process this request, kindly advise and I am more than happy to follow any requirements immediately.

Thank you for Your Honor's attention to this request. Should any additional information be necessary, I am at the Court's disposal.

Respectfully submitted,
**Weinberger Divorce &Family Law Group, LLC**

By:_____
CRYSTAL M. ULLRICH, ESQ.

cc:  Robert D. Arenstein, Esq. (via email)
Patricia E. Apy, Esq. (via email)
Niurka Gonzalez (via email)

---

| | | | |
|---|---|---|---|
| Kourtney Borchers, Esq. ⓟ | Matthew G. Gerber, Esq. | Laura M. Mendonca, Esq.◉ | Richard A. Outhwaite, Esq. ⓧ |
| Erin B. Brueche, Esq.◉ⓝ | Allison E. Holzman, Esq. ⓝⓓⓒ | Nickolas C. Mourtos, Esq. | Jessica Ragno Sprague, Esq.◉ |
| Dianna C. Cavaliere, Esq.◉ⓝⓒ | Robyn N. Howlett, Esq. ◉ⓒⓝ | Veronica R. Norgaard, Esq. ◉ⓝ | Raquel Vallejo, Esq.ⓓ |
| George J. Chehanske, Esq. ⓧ | Marquis D. Jones, Jr., Esq.◉ⓝⓒⓓⓧ | Carmela L. Novi, Esq.◉ⓒⓧ | Jennifer D. Varga, Esq.◉ⓒ |
| Janet B. Coven, Esq.ⓟⓧⓒ | Daniel R. Kraft, Esq.ⓧ | Stephanie O'Neill, Esq. ⓝ | Crystal M. Ullrich, Esq. |
| Alison M. Dunn, Esq.◉ⓝⓒ | Heather K. Martin, Esq.ⓧⓒ | Rachel E. Partyka, Esq. ◉ⓟ | Bari Z. Weinberger, Esq.◉ⓧⓒ |
| Mara L. Dooskin, Esq. ⓝ | Samantha K. Massenzio, Esq.ⓝ | Ryan D. Russell, Esq. | |

◉ CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY
ⓒ OF COUNSEL
ⓠ QUALIFIED FAMILY LAW MEDIATOR
ⓒ COLLABORATIVE LAW ATTORNEY
ⓝ ALSO ADMITTED IN NEW YORK
ⓒ ALSO ADMITTED IN CONNECTICUT
ⓓ ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
ⓟ ALSO ADMITTED IN PENNSYLVANIA