UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK                                                    DATE: July 1, 2019
JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                           Docket# 17-12179

EMERIC GERVAL v. NIURKA GONZALEZ

**Appearances:**
Robert D. Arenstein, Esq. for Petitioner
Crystal Marie Ullrich, Esq. for Respondent
Patricia E. Apy, Esq. *Law Guardian for minor child, C.G.*
Olga Negrini, French Interpreter
Marcella Francini, Spanish Interpreter

Nature of Proceeding:     **EVIDENTIARY HEARING**

Both interpreters sworn;
Evidentiary hearing held;
Petitioner, Emeric Gerval sworn;
Respondent, Niurka Gonzalez sworn;
Petitioner rests;
Respondent rests;
Exhibits entered.
Decision reserved.

Time Commenced   1:00 p.m.
Time Adjourned    4:50 p.m.
Total Time:         2 hrs. 50 mins.

cc: chambers                                      Carmen D. Soto
                                                  Deputy Clerk