<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMERIC GERVAL<br><br>                    Petitioner,<br><br>v.<br><br>NIURKA GONZALEZ,<br><br>                Respondent. | Civil Action No: 17-12179-SDW-LDW<br><br>**ORDER**<br><br><br>July 15, 2019 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Emeric Gerval's ("Petitioner") Petition against Respondent Niurka Gonzalez pursuant to the Hague Convention on the Civil Aspects of International Child Abduction ("the Hague Convention") and the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. § 11601 *et seq.*, and this Court having considered the parties' submissions and having held an evidentiary hearing on July 1, 2019, for the reasons stated in this Court's Letter Opinion dated July 15, 2019,

**IT IS** on this 15th day of July, 2019

**ORDERED** that the Petition to return the minor Child C.G. to France is **DENIED**; and it is further

**ORDERED** that the pending Motion for Summary Judgment (D.E. 63) is **DISMISSED AS MOOT**; and it is further

**ORDERED** that this matter be closed.

                    ___/s/ Susan D. Wigenton_____
                    **SUSAN D. WIGENTON, U.S.D.J.**

Orig:       Clerk
              Leda D. Wettre, U.S.M.J.
              Parties